# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| Devina Olsen<br><br>    Plaintiff,<br><br>v.<br><br>Asset Acceptance, LLC<br><br>    Defendant. | Case No. 2:14-cv-14650<br><br>**NOTICE OF SETTLEMENT** |

Now comes Plaintiff, through counsel, to notify the Court that the parties have reached a settlement. The parties are currently working on facilitating the settlement. Plaintiff expects to dismiss this case within sixty days.

                                              RESPECTFULLY SUBMITTED,

                                              By:  s/ David M. Menditto\_\_\_\_
                                              David M. Menditto
                                              Hyslip & Taylor, LLC, LPA
                                              1100 W. Cermak Rd., Suite B410
                                              Chicago, IL  60608
                                              Phone: 312-380-6110
                                              Email: davidm@fairdebt411.com
                                              Illinois Bar No. 6216541
                                              One of Plaintiff's Attorneys

Date: April 8, 2015

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2015, I electronically filed the foregoing Notice.  Service of this filing will be made by the Court's CM/ECF System upon the following:

Theodore W. Seitz
Dykema Gossett, PLLC
201 Townsend Street, Suite 900
Lansing, MI  48933

Counsel for:
Asset Acceptance, LLC

s/ David M. Menditto