# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| Devina Olsen | Case No. 2:14-cv-14650-AC-EAS |
| Plaintiff, | Judge: <br> Honorable Avern Cohn |
| v. | Magistrate Judge: |
| Asset Acceptance, LLC | Honorable Elizabeth A. Stafford |
| Defendant. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Now come the parties, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby dismiss the present action with prejudice, each party to bear its own costs.

RESPECTFULLY SUBMITTED,

| | |
|---|---|
| Hyslip & Taylor, LLC, LPA | Dykema Gossett, PLLC |
| By: /s/ David M. Menditto | By: /s/ Aaron L. Vorce |
| David M. Menditto | Aaron L. Vorce |
| 1100 W. Cermak Rd., Suite B410 | 201 Townsend Street, Suite 900 |
| Chicago, IL  60608 | Lansing, MI 48993 |
| Telephone:  312-380-6110 | Telephone: 517-374-9150 |
| Fax: 312-361-2509 | Fax: 517-374-9191 |
| Email: davidm@fairdebt411.com | Email: avorce@dykema.com |
| Illinois Bar No. 6216541 | Michigan Bar No. P68797 |
| Attorney for Plaintiff | Attorney for Defendant |
| Date: June 24, 2015 | Date: June 24, 2015 |

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2015, I electronically filed the foregoing Stipulation through the court's CM/ECF system, which will perfect service upon the following:

Aaron L. Vorce
Dykema Gossett, PLLC
201 Townsend Street, Suite 900
Lansing, MI 48993

Counsel for:
Asset Acceptance, LLC

/s/ David M. Menditto