# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| Devina Olsen<br><br>   Plaintiff,<br><br>v.<br><br>Asset Acceptance, LLC<br><br>   Defendant. | Case No: 2:14-cv-14650-AC-EAS<br><br>Judge:<br>Honorable Avern Cohn<br><br>Magistrate Judge:<br>Honorable Elizabeth A. Stafford |

## **PROPOSED ORDER**

This matter having come before the Court on the Stipulation of Dismissal with Prejudice submitted by the parties;

IT IS HEREBY ORDERED that the above-captioned case is hereby dismissed with prejudice, with each party to bear its own costs and fees.

               s/Avern Cohn
               U.S. DISTRICT JUDGE

DATED: June 24, 2015

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, June 24, 2015, by electronic and/or ordinary mail.

               s/Marie Verlinde for s/Sakne Chami
               Case Manager, (313) 234-5160